UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-CR-187 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| ABRAHAM A. AUGUSTIN | ) | |
| | ) | |

**ORDER**

Before the Court is a motion to suppress filed by Defendant Abraham Augustin ("Defendant") (Court File No. 39). The motion was referred to United States Magistrate Judge Susan K. Lee, who held a hearing and subsequently filed a Report & Recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 63). Defendant filed a timely objection (Court File No. 64), to which the government responded (Court File No. 67). For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 63) and **DENIES** Defendant's motion to suppress (Court File No. 39).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**